No. 79-1597. Keyhea v. Enomoto, Corrections Director, et al. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79-6443. Profit v. City of Niagara Falls, New York, et al. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79-6496. Petrea v. Petrea. Appeal from Sup. Ct. Del. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79-185. Consumers Union of United States, Inc., et al. v. Virginia State Bar et al. Appeal from D. C. E. D. Va. Judgment vacated and case remanded for further consideration in light of *Supreme Court of Va.* v. *Consumers Union of United States, Inc.*, 446 U. S. 719 (1980). Mr. Justice Powell took no part in the consideration or decision of this case.